Same case below, 604 F.3d 1126.

Same case below, 607 F.3d 809.

**No. 10-514. Stok & Associates, P.A., Petitioner v. Citibank, N.A.**

562 U.S. 1215, 131 S. Ct. 1556, 179 L. Ed. 2d 299, 2011 U.S. LEXIS 1355.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit granted.

Same case below, 387 Fed. Appx. 921.

**No. 09-1215. Gregory Lynn Norwood, Petitioner v. Steve J. Vance, et al.**

562 U.S. 1215, 131 S. Ct. 1465, 179 L. Ed. 2d 299, 2011 U.S. LEXIS 1310.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 591 F.3d 1062.

**No. 09-10203. Peter Paul Mitrano, Petitioner v. District of Columbia Bar.**

562 U.S. 1216, 131 S. Ct. 1465, 179 L. Ed. 2d 299, 2011 U.S. LEXIS 1365.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 10-334. Catherine Roberson, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

562 U.S. 1216, 131 S. Ct. 1467, 179 L. Ed. 2d 299, 2011 U.S. LEXIS 1358.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

**No. 10-348. Jianlin Zhang, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1216, 131 S. Ct. 1468, 179 L. Ed. 2d 299, 2011 U.S. LEXIS 1421.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 375 Fed. Appx. 879.

**No. 10-418. Under Seal #10, Petitioner v. United States.**

562 U.S. 1216, 131 S. Ct. 1470, 179 L. Ed. 2d 299, 2011 U.S. LEXIS 1369.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 597 F.3d 189.